UNITED STATES OF AMERICA
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.	Case No. 2:07-cr-05

JESSE LEE STARK,	HON. ROBERT HOLMES BELL

    Defendant(s).
_____/

### ORDER OF DETENTION

Defendant appeared before the undersigned on May 30. 2007, for purposes of an initial appearance and arraignment on a felony indictment, alleging one count of Felon in Possession of a Firearm.  At that time, the government advised the court that defendant was currently in state custody, making him ineligible for release on bond.  The court advised defendant that he could request a bond hearing in this matter if release from state custody became a possibility.  Accordingly, IT IS HEREBY ORDERED that defendant be detained pending further proceedings.

IT IS FURTHER ORDERED that the defendant shall be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate pending sentencing.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request

of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

       IT IS SO ORDERED.

                                             /s/ Timothy P. Greeley
                                             TIMOTHY P. GREELEY
                                             UNITED STATES MAGISTRATE JUDGE

Dated:   June 1, 2007